# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STUART MINTZ, et al., | : | |
| --- | --- | --- |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 12-6719 |
| UPPER MOUNT BETHEL TOWNSHIP, et al., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 26th day of November 2013, upon consideration of defendants North Bangor Fire Company, Frederick Farleigh and Christopher Louszko's motion to partially dismiss of plaintiffs' complaint (doc. no. 25), and plaintiffs' response thereto (doc. no. 27), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.